1
2
Attorneys for Plaintiffs, Susie Morris
3
4
5
6
7
8
9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11
12
                                                    )   Case No. 06-4700
13  _____                 )
                                                    )
14  IN RE: BEXTRA AND CELEBREX                      )
    MARKETING SALES PRACTICES AND                   )   MDL NO. 1699
15  PRODUCT LIABILITY LITIGATION                    )   District Judge: Charles R. Breyer
                                                    )
16  _____                 )
                                                    )
17  Susie Morris,                                   )
                                                    )   **STIPULATION AND ORDER OF**
18                      Plaintiffs,                 )   **DISMISSAL WITH PREJUDICE**
                                                    )
19              vs.                                 )
                                                    )
20  Pfizer, Inc., et al.                            )
                        Defendants.                 )
21  _____

22
        Come now the Plaintiff, SUSIE MORRIS (transferring case number CV 06-1033 from
23
    the United States District Court for the Northern District of Alabama), and Defendants, by and
24
    through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
25
    hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
26
    attorneys' fees and costs.
27
28
        DATED: April 20, 2009

                                              -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

By: /s/ Wesley W. Barnett
Wesley W. Barnett
Davis & Norris, LLP
One of Attorneys for Plaintiff, Susie Morris

DATED: May 14, 2009    DLA Piper LLP (US)

By: /s/ Michelle Sadowsky
Michelle Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*